REICH REICH & REICH, P.C.  PRESENTMENT DATE:
Attorneys for Debtor  March 16, 2010
235 Main Street, 4th Floor  at 12:00 p.m.
White Plains, New York 10601
(914) 949-2126
By: Jeffrey A. Reich (JR-7535)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re:
                                      Chapter 11
    ARIQ RABADI,                      Case No.
                                      10-22295
                Debtor.
----------------------------------------X

### NOTICE OF PRESENTMENT FOR AN ORDER FIXING THE LAST DATE FOR THE FILING OF PROOFS OF CLAIM

PLEASE TAKE NOTICE that upon the application of Ariq Rabadi ("Debtor"), the undersigned will present the annexed application for an order fixing the last date for the filing of proofs of claim, to the Honorable Robert D. Drain, United States Bankruptcy Judge, of the United States Bankruptcy Court, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601 on the 16th day of March, 2010 at 12:00 noon ("Presentment Date").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief the Debtor seeks to obtain must be in writing, conform to the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and must be filed and served no later than one (1) business day prior to the Presentment Date ("Objection Deadline").

PLEASE TAKE FURTHER NOTICE that pursuant to General Order M-242, any objection filed by parties with representation shall be filed on or before the Objection Deadline (i) through the Bankruptcy Court's Electronic Filing System which may be accessed at the Bankruptcy

Court's internet web at http://www.nysb.uscourts.gov, using Netscape Navigator software version 3.0 or higher, and (ii) in portable document format (PDF) using Adobe Exchange Software for conversion.

PLEASE TAKE FURTHER NOTICE that any party that is either without legal representation or that is unable to file documents electronically shall file its objection on or before the Objection Deadline in PDF format on a 3-1/2" floppy diskette in an envelope clearly marked with the case name, case number, type and title of document, document number of the document to which the objection refers and the file name of the document.

PLEASE TAKE FURTHER NOTICE that any party that is either without legal representation, or that is unable to file documents electronically or create documents in PDF format, shall file its objection on or before the Objection Deadline in either Word, WordPerfect or DOS text (ASCII) format on 3-1/2" floppy diskette in an envelope clearly marked with the case name, case number, type and title of document, document number of the document to which the objection refers and the file name of the document.

PLEASE TAKE FURTHER NOTICE that a "hard copy" of any objections must be hand delivered to the Chambers of the Honorable Robert D. Drain at the United States Bankruptcy Court, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601 on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that objections, if any, must be served in accordance with the provisions of General Order M-242 so that they are received on or before the Objection Deadline by Reich

Reich & Reich, P.C., attorneys for the Debtor, at 235 Main Street, 4th Floor, White Plains, New York 10601.

Dated: White Plains, New York
       March 8, 2010

                         REICH REICH & REICH, P.C.
                         Attorneys for Debtor

By: _____
     Jeffrey A. Reich (JR-7535)
     235 Main Street, 4th Floor
     White Plains, NY 10601
     (914)949-2126